# Court of Appeals
# of the State of Georgia

ATLANTA, January 11, 2021

*The Court of Appeals hereby passes the following order*

**A21D0144. LORENZO WHITE v. ROCKDALE COUNTY BOARD OF EDUCATION et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2020CV2035



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, January 11, 2021.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.